UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CR00-5731JET |
| v. | ORDER |
| JAMES DALTON BELL | |
| Defendant. | |

THIS MATTER comes on before the above-entitled Court upon several motions made by Defendant.

Having considered the entirety of the record and files herein, the Court finds and rules as follows:

1. Defendant's Reiterated Recusal Motion/Motion to Transfer Case to Unconflicted Court is DENIED.

- 1

2.   Defendant's Motion For Bail Hearing is deemed a Motion for Reconsideration of the Court's previous denial of Defendant's Motion for Bail, and is DENIED.

IT IS SO ORDERED.

The clerk of the court is instructed to send uncertified copies of this Order to all counsel of record.

DATED this 20th day of June, 2005.

/s JACK E. TANNER
SR. UNITED STATES DISTRICT JUDGE

- 2