PROB 12C
(01/05)

# United States District Court

for
Western District of Washington

Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** James Dalton Bell     **Case Number:** 0300CR05731BHS

**Name of Judicial Officer:** The Honorable Benjamin H. Settle

**Date of Original Sentence:** 08/14/01     **Date of Report:** 3/17/10

**Original Offense:** Interstate Stalking (2 counts)

**Original Sentence:** Five years on each count; consecutive

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 12/18/09

**Assistant U.S. Attorney:** Robert London     **Defense Attorney:** Robert M. Leen

**Special Conditions Imposed:**

    ☒ Substance Abuse     ☒ Financial Disclosure     ☐ Restitution

    ☒ Mental Health     ☒ Fine: $10,000     ☐ Community Service

    ☒ Other: multiple other special conditions

## PETITIONING THE COURT

☐ To issue a warrant under seal
☒ To issue a summons

The probation officer believes that James Dalton Bell has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failure to report to the probation officer and submit a truthful and complete written report within the first five days of each month, in violation of a standard condition. |

We incorporate by reference the information contained in the attached memorandum.

The Honorable Benjamin H. Settle  
Petition for Warrant or Summons  
for Offender Under Supervision

Page 2

U.S. Probation Officer Recommendation:

☒ The term of supervision should be
- ☒ revoked.
- ☐ extended for ____ years, for a total term of ____ years.

☒ Detention pending final adjudication due to
- ☐ risk of flight.
- ☒ danger to community.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of March, 2010.

*Todd Willson*

Todd A. Willson  
U.S. Probation Officer

APPROVED:  
William S. Corn  
Chief U. S. Probation Officer

*[signature]*

BY:  
Jeffrey S. Thomason  
Supervising U.S. Probation Officer

TAW:tw  
3/19/10  
Attachment: Presentence Report

---

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☐ No Action Approved  
☐ The Issuance of a Warrant under seal (conditions of supervision shall remain in effect pending final adjudication)  
☒ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)  
☐ Other

*[signature]*

Signature of Judicial Officer

3/22/10

Date