AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| United States of America<br>v.<br>JAMES DALTON BELL<br><br>*Defendant* | )<br>)<br>)<br>) Case No. CR00-5731BHS<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | United States Courthouse<br>1717 Pacific Avenue<br>Tacoma, WA 98402 | Courtroom No.: E |
|---|---|---|
| | | Date and Time: 04/14/2010 1:30 pm |

This offense is briefly described as follows:

Failure to report to the probation officer and submit a truthful and complete written report within the first five days of each month, in violation of a standard condition.

Date: 03/22/2010

*Issuing officer's signature*

Gretchen Craft
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons ☐ Returned this summons unexecuted

Date: _____

*Server's signature*

*Printed name and title*