PROB 12S
(01/05)

# United States District Court
for
Western District of Washington

## Supplemental Violation

**Name of Offender:** James Dalton Bell  **Case Number:** 0300CR05731B

**Name of Judicial Officer:** The Honorable Benjamin H. Settle

**Date of Original Sentence:** 08/14/01  **Date of Report:** 4/12

**Original Offense:** Interstate Stalking (2 counts)

**Original Sentence:** Five years on each count; consecutive

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 12/18

**Assistant U.S. Attorney:** Greg Gruber  **Defense Attorney:** Robert M. L

**Special Conditions Imposed:**

☒ Substance Abuse    ☒ Financial Disclosure    ☐ Restitution

☒ Mental Health    ☒ Fine: $10,000    ☐ Community Service

☒ Other: multiple other conditions

## PETITIONING THE COURT

☐ To issue a warrant under seal

☐ To issue a summons

☒ To incorporate the violation(s) contained in this petition in all future proceedings with the violati previously reported to the Court on March 17, 2010.

The probation officer believes that James Dalton Bell has violated conditions of supervision by:

Violation
Number       Nature of Noncompliance

2.        Failure to report to the probation officer and submit a truthful and complete written report w the first five days of the month, for March 2010, in violation of a standard condition.

We incorporate by reference the information contained in the attached memorandum.

The Honorable Benjamin H. Settle                                                                                              Pag
Supplemental Violation

U.S. Probation Officer Recommendation:

That violation #2 be added to the previous petition for the warrant presently before the Court charging viol #1.

I swear under penalty of perjury that the foregoing is true and co

Executed on this 12th day of April, 2010.

*Todd Willson*

Todd A. Willson
U.S. Probation Officer

APPROVED:
William S. Corn
Chief U. S. Probation Officer

BY: *Jeffrey Thomason*

Jeffrey S. Thomason
Supervising U.S. Probation Officer

4/13/10

---

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☐ To issue a warrant under seal
☐ To issue a summons
☒ To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the Court.

_____
Signature of Judicial Officer

4/13/10
_____
Date