# MEMORANDUM
United States Probation Office
Western District of Washington

DATE:       June 18, 2010

TO:         The Honorable Ronald B. Leighton
            United States District Judge

FROM:       Todd A. Willson
            U.S. Probation Officer

SUBJECT:    BELL, James Dalton
            Docket No. CR00-5731-RBJ
            **SUPPLEMENTAL VIOLATION REPORT**

## STATUS:

On August 24, 2001, James Bell was sentenced by The Honorable Jack E. Tanner to two consecutive five year terms of confinement for Interstate Stalking, in violation of 18 U.S.C. § 2261A (1996) and 18 U.S.C. § 2261A(2)(B)(i)(2000). Additionally, he was sentenced to a three year term of supervised release with standard conditions and multiple special conditions.

On December 18, 2009, Bell commenced his term of supervised release. His supervised release is set to expire on December 17, 2012.

On April 30, 2010, Bell appeared before Your Honor for a detention hearing and was taken into custody due to his history of failure to comply with Court orders and terms of supervision. On May 11, 2010, Bell appeared before Your Honor for a detention hearing, and was released from custody, to comply with his conditions of supervised release, prior to his next hearing set for 10 a.m. on July 9, 2010.

It now appears that James Bell has violated the conditions of supervision by:

## VIOLATIONS:

  3. Failure to report to the probation officer and submit a truthful and complete written report within the first five days of each month, for May 2010, in violation of a standard condition.

**Supporting Evidence for Violation 1:** On December 22, 2009, Bell reported to the Vancouver probation office and met with this officer for his intake. During this meeting, he signed a document that states, " I have read or have had read to me the conditions of supervision set forth in the attached judgment, and I fully understand them. I have been provided a copy of them." Standard condition

June 18, 2010
Page 2

RE: Bell, James Dalton

two states "the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."

On May 11, 2010, Your Honor directed Bell to get current on the four delinquent monthly reports from January, February, March and April 2010 by May14, 2010. On May 14, 2010, Bell submitted all four overdue monthly reports. Unfortunately, Bell has not had contact with this officer since May 14, 2010 and failed to submit a report for May 2010 within the first five days of June.

**ADJUSTMENT AND EVALUATION:**

Since the last contact with Mr. Bell on May 14, 2010, Bell has not made any contact or attempt to contact this officer to comply with his reporting obligations.

**RECOMMENDATION:**

It is respectfully recommended that violation three be added to the previous petition presently before the Court alleging violation one and two.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this 16th day of April, 2010.

Todd Willson
Todd A. Willson
U.S. Probation Officer

APPROVED:
William S. Corn
Chief U. S. Probation Officer

BY: Jeffrey S. Thomason
Jeffrey S. Thomason
Supervising U.S. Probation Officer